UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Jose Rodriguez,

    Defendant.

Case No. 20 Cr. 057

NOTICE OF WITHDRAWAL

SO ORDERED:

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: JUN 1 8 2020

PLEASE TAKE NOTICE that I, Christine Delince, should be removed from the Court's service list with respect to the above-referenced action. Lawrence DiGiansante was retained by Mr. Rodriguez and his notice of appearance was filed on April 3. 2020. All future correspondence and papers in this action should continue to be directed to Mr. DiGiansante.

Dated: June 18, 2020

New York, New York

Respectfully submitted,

By: /s/ Christine Delince, Esq.