UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

JOSE RODRIGUEZ, *a/k/a* "Meso,"

                             Defendant.
------------------------------------- x

ORDER

20 Crim. 57-7 (GBD)

GEORGE B. DANIELS, United States District Judge:

A change of plea hearing is scheduled for June 16, 2021 at 10:30 am.

Dated: New York, New York
       June 1, 2021

SO ORDERED.

GEORGE B. DANIELS
United States District Judge